1 | MELISSA LEIBMAN, NYSBN 4442877
Trial Attorney
2 | United States Department of Justice
Office of Immigration Litigation, DCS
3 | 450 5th Street, NW
Washington, DC 20001
4 | Tel: (202) 305-7016; Fax: (202) 305-7000
Email: Melissa.Leibman@usdoj.gov
5 |
Attorneys for Defendants
6 |
Ashwani K. Bhakhri, Esq., SBN# 163521
7 | Law Offices of Ashwani K. Bhakhri
1299 Bayshore Highway, Suite 208
8 | Burlingame, California 94010
Telephone:  (650) 685-6334
9 | Facsimile:  (650) 685-6351
Email: bhakhrilaw2004@yahoo.com
10 |
Attorney for Plaintiff
11 |

12 |                UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
13 |

14 | Mohammed Hamza Sohaib,              |   No. 12-03867 JCS

15 |                                     |   STIPULATION for Extension of Time to
     Plaintiff,                         |   Answer or Otherwise Respond to the Complaint
16 |                                     |   and
               v.                       |   [PROPOSED] ORDER
17 |
     Gregory Christian, Acting Director USCIS   |   Immigration Case, Mandamus
18 | Nebraska Service Center; Janet Napolitano,
     Secretary of the Department of Homeland    |   Before:  Magistrate Judge Joseph C. Spero
19 | Security; and Eric H. Holder, Jr., United
     States Attorney General,
20 |
     Defendants.
21 |

22 |

23 |

Stipulation RE Extension of Time to Answer                      Case No. 12-03867 JCS

1

1    The parties hereby respectfully request that this Court approve the parties' stipulation to

2 extend Defendants' time to answer or otherwise respond to Plaintiffs' Complaint.  The parties

3 agree to the following terms:

4    1.    Plaintiffs properly served the Complaint on November 13, 2012, and Defendants'

5    Answer or Response is currently due on January 12, 2013; and

6    2.    Defendants shall have until February 11, 2013, to answer or otherwise respond to

7    the Complaint.

8 Dated:  January 9, 2013                    Respectfully submitted,

9

/s/_____
10                                          Ashwani K. Bhakhri, Esq.
                                           Law Offices of Ashwani K. Bhakhri
11                                          1299 Bayshore Highway, Suite 208
                                           Burlingame, California 94010
12                                          Attorney for Plaintiff

13
Dated:  January 9, 2013                    Respectfully submitted,
14
/s/_____
15                                          Melissa S. Leibman
                                           Trial Attorney
16                                          United States Department of Justice
                                           Office of Immigration Litigation, DCS
17                                          Attorney for Defendants

18

19 Pursuant to stipulation, IT IS SO ORDERED.

20
Date:  _____January 10, 2013_____
21
Hon. Jos                Judge Joseph C. Spero

22
United States Magistrate Judge
23

Stipulation RE Extension of Time to Answer                    Case No. 12-03867 JCS

**CERTIFICATE OF SERVICE**

I, Melissa Leibman, the undersigned, certify:

I am over the age of eighteen years and not a party to the within action or proceedings;

I am a Trial Attorney for the United States Department of Justice and my office is located at

450 5th St. NW, Rm 6022 Washington, D.C., 20001.  On January 9, 2013, I caused the

STIPULATION for Extension of Time for Defendants to Answer or Otherwise Respond to the

Complaint and for Filing, Briefing, and Argument on Plaintiffs' Anticipated Summary Judgment

Motion and [PROPOSED] ORDER to be filed with the Clerk of Court for the United States

District Court for the Northern District of California by using the appellate CM/ECF system.

I also certify that Ashwani K. Bhakhri, Esq., of the Law Offices of Ashwani K. Bhakhri

1299 Bayshore Highway, Suite 208, Burlingame, California 94010, who has entered his

appearance on behalf of Plaintiff, is a registered CM/ECF user and that service will be

accomplished by the appellate CM/ECF system.


/s/_____
Melissa S. Leibman
Trial Attorney
United States Department of Justice
Office of Immigration Litigation, DCS

Attorney for Defendants

Stipulation RE Extension of Time to Answer                           Case No. 12-03867 JCS