1  MELISSA LEIBMAN, NYSBN 4442877
   Trial Attorney
2  United States Department of Justice
   Office of Immigration Litigation, DCS
3  450 5th Street, NW
   Washington, DC 20001
4  Tel: (202) 305-7016; Fax: (202) 305-7000
   Email: Melissa.Leibman@usdoj.gov
5
   Attorneys for Defendants
6
   Ashwani K. Bhakhri, Esq., SBN# 163521
7  Law Offices of Ashwani K. Bhakhri
   1299 Bayshore Highway, Suite 208
8  Burlingame, California 94010
   Telephone:  (650) 685-6334
9  Facsimile:  (650) 685-6351
   Email: bhakhrilaw2004@yahoo.com
10
   Attorney for Plaintiff
11

<br>

12                    UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

| 14 | Mohammed Hamza Sohaib, | No. 12-03867 JCS |
|---|---|---|
| 15 | Plaintiff, | STIPULATION for Extension of Time to Answer or Otherwise Respond to the Complaint and |
| 16 | v. | [PROPOSED] ORDER |
| 17 | Gregory Christian, Acting Director USCIS Nebraska Service Center; Janet Napolitano, Secretary of the Department of Homeland Security; and Eric H. Holder, Jr., United States Attorney General, | Immigration Case, Mandamus |
| 18 | | |
| 19 | | Before:  Magistrate Judge Joseph C. Spero |
| 20 | Defendants. | |

Stipulation RE Extension of Time to Answer                          Case No. 12-03867 JCS

1  The parties hereby respectfully request that this Court approve the parties' stipulation to
2  extend Defendants' time to answer or otherwise respond to Plaintiffs' Complaint.  The parties
3  agree to the following terms:
4      1.  Plaintiffs properly served the Complaint on November 13, 2012, and Defendants'
5      Answer or Response is currently due on January 12, 2013; and
6      2.  Defendants shall have until February 11, 2013, to answer or otherwise respond to
7      the Complaint.

Dated: January 9, 2013                           Respectfully submitted,

/s/_____
Ashwani K. Bhakhri, Esq.
Law Offices of Ashwani K. Bhakhri
1299 Bayshore Highway, Suite 208
Burlingame, California 94010
Attorney for Plaintiff

Dated: January 9, 2013                           Respectfully submitted,

/s/_____
Melissa S. Leibman
Trial Attorney
United States Department of Justice
Office of Immigration Litigation, DCS
Attorney for Defendants

Pursuant to stipulation, IT IS SO ORDERED.

Date:   January 10, 2013                         _____
                                                 Hon. [signature: Judge Joseph C. Spero]
                                                 United States Magistrate Judge

Stipulation RE Extension of Time to Answer                    Case No. 12-03867 JCS
                                        2

# CERTIFICATE OF SERVICE

I, Melissa Leibman, the undersigned, certify:

I am over the age of eighteen years and not a party to the within action or proceedings; I am a Trial Attorney for the United States Department of Justice and my office is located at 450 5th St. NW, Rm 6022 Washington, D.C., 20001.  On January 9, 2013, I caused the STIPULATION for Extension of Time for Defendants to Answer or Otherwise Respond to the Complaint and for Filing, Briefing, and Argument on Plaintiffs' Anticipated Summary Judgment Motion and [PROPOSED] ORDER to be filed with the Clerk of Court for the United States District Court for the Northern District of California by using the appellate CM/ECF system.

I also certify that Ashwani K. Bhakhri, Esq., of the Law Offices of Ashwani K. Bhakhri 1299 Bayshore Highway, Suite 208, Burlingame, California 94010, who has entered his appearance on behalf of Plaintiff, is a registered CM/ECF user and that service will be accomplished by the appellate CM/ECF system.

/s/_____
Melissa S. Leibman
Trial Attorney
United States Department of Justice
Office of Immigration Litigation, DCS

Attorney for Defendants